UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLISON HATCH,

    Plaintiff,                                                          Case No. 13-11839

v.

                                                         Hon. John Corbett O'Meara

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Before the court is Magistrate Judge Charles E. Binder's April 3, 2014 report and recommendation. Defendant's objection to the report and recommendation was filed on April 7, 2014. On April 11, 2014 Plaintiff filed a response to Defendant's objection.

    This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

    Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Defendant's objection.

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date:  April 24, 2014

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 24, 2014, using the ECF system.

                                        <u>s/William Barkholz</u>
                                        Case Manager